184 So. 907

**BIRMINGHAM ELECTRIC CO. v. Mary HOGAN, pro ami.**

6 Div. 377.

Supreme Court of Alabama.

Nov. 10, 1938.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.

Reversed and remanded by agreement for the purpose of effecting settlement of the cause.

184 So. 907

**BIRMINGHAM ELECTRIC CO. v. Ruth HOGAN, pro ami.**

6 Div. 390.

Supreme Court of Alabama.

Nov. 10, 1938.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.

Reversed and remanded by agreement for the purpose of effecting settlement of the cause.

180 So. 894

**BIRMINGHAM PAINT & GLASS CO et al. v. A. C. BARRETT.**

6 Div. 75.

Supreme Court of Alabama.

April 27, 1938.

Smyer, Smyer & Bainbridge, of Birmingham, for appellants.

Taylor & Higgins, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.